**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Melinda Richmond, Appellant.

Appellate Case No. 2009-147886

---

Appeal From Richland County
Edward W. Miller, Circuit Court Judge

---

Unpublished Opinion No. 2012-UP-418
Submitted July 2, 2012 – Filed July 11, 2012

---

**APPEAL DISMISSED**

---

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia; and Melinda Richmond, pro se, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, Assistant Deputy Attorney General Donald J. Zelenka, and Solicitor Daniel E. Johnson, all of Columbia, for Respondent.

**PER CURIAM:**  Melinda Richmond appeals her conviction of murder, arguing the trial court erred in failing to instruct the jury on self-defense.  Additionally, Richmond filed a pro se brief.  After a thorough review of the record and all briefs pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *State v. Williams*, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.